# Exhibit A































